# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO.   2021 CW 0163

VERSUS

TEXAS BRINE COMPANY, LLC

**MAY 10, 2021**

---

In Re:   Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

**BEFORE:   GUIDRY, McDONALD, AND PENZATO, JJ.**

**WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**JMG**
**JMM**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT